THE PEOPLE OF THE STATE OF NEW YORK ex rel. THORNTON FLOYD TURNER, Appellant, *v.* WILLIAM PLIMLEY, Commissioner of Jurors for the City and County of New York, Respondent.

*People ex rel. Turner* v. *Plimley,* 8 App. Div. 323, affirmed.
(Submitted October 5, 1896; decided October 20, 1896.)

APPEAL from order of the Appellate Division of the Supreme Court in the first judicial department, made July 31, 1896, which affirmed an order of Special Term denying a motion for a writ of peremptory mandamus.

*Herbert B. Turner* for appellant.

*Francis M. Scott* for respondent.

Order affirmed, on opinion below, with costs.
All concur.

---

JOSHUA DAVIS, Appellant, *v.* MARY DAVIS, Respondent.

*Davis* v. *Davis,* 4 Misc. Rep. 454, affirmed.
(Submitted October 6, 1896; decided October 20, 1896.)

APPEAL from order of the General Term of the Superior Court of the city of Buffalo, made May 22, 1893, which reversed a judgment in favor of plaintiff entered upon the report of a referee and granted a new trial.

*Hayes, Gearon & Hibbard* for appellant.

*Daniel J. Kenefick* for respondent.

Order affirmed, with costs, and judgment absolute ordered for defendant; no opinion.
All concur.